## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                               )
         v.                   )     **Criminal No. 94-mj-1678-CBS**
                               )
ENRICO PONZO               )

### DISMISSAL OF COMPLAINT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the Complaint in the above-captioned case charging a violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution). As reason therefore, the United States reports that the defendant was arrested on February 7, 2011.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     __/s/ Mark J. Balthazard___
         MARK J. BALTHAZARD
         Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

         __/s/ Mark J. Balthazard_____
         MARK J. BALTHAZARD
         Assistant United States Attorney

Date: February 9, 2011

Leave to File Granted

_____
United States Magistrate Judge